IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | |
|---|---|
| Tammy Campbell, | Civil Action No. 8:16-cv-03703-BHH-JDA |
| Plaintiff, | **STIPULATION OF DISMISSAL** |
| v. | **WITH PREJUDICE** |
| Anderson County Wastewater Department and Derrick Singleton, | |
| Defendants. | |

The above-captioned matter is now pending in the United States District Court for the District Court of South Carolina, Anderson Division. Pursuant to the provisions of Rule 41(a) of the Federal Rules of Civil Procedure, the parties, through their undersigned counsel, hereby stipulate that the within action by the Plaintiff against the Defendants is dismissed with prejudice to the rights of the Plaintiff against the Defendants.

**I SO MOVE:**                                                                          May 31, 2017.


**BY:**     s/James W. Logan, Jr.
            James W. Logan, Jr.
            Logan, Jolly & Smith, LLP
            Attorney for Defendants


**WE CONSENT:**

            s/Christopher Brumback
            Christopher Brumback
            Brumback and Langley, LLC
            Attorneys for Plaintiff